

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2022

No. 04-22-00072-CV

**JMI CONTRACTORS, LLC**,
Appellant

v.

Jose Manuel **MEDELLIN**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-05983
Honorable Aaron Haas, Judge Presiding

# O R D E R

On March 29, 2022, we ordered court reporter Blanca Espericueta to file her portion of the reporter's record by April 28, 2022. On that day, Ms. Espericueta filed a notification of late record requesting an additional thirty days to file her portion of the record. After consideration, we **grant** Ms. Espericueta's request and **order** her to file her portion of the record **by May 31, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2022.

_____
Michael A. Cruz,
Clerk of Court